UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X   Docket No.: 19-cv-00179
FERLANDE MILORD-FRANCOIS,                                                  (LJL)

                                      Plaintiff,

                                -against-

THE NEW YORK STATE OFFICE OF THE MEDICAID    **NOTICE OF APPEAL**
INSPECTOR GENERAL, DENNIS ROSEN, JANINE
DANIELS-RIVERA, and JOHN and JANE DOE (said names
being fictitious, the persons intended being those who aided
and abetted the unlawful conduct of the named Defendants),

                                      Defendants.
-----------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that FERLANDE MILORD-FRANCOIS, the Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit, from each and every part of the Memorandum and Order entered in the United States District Court for the Southern District of New York (Hon. Lewis J. Liman, U.S.D.J.), on September 23, 2020 (Dkt. # 103, attached hereto as Exhibit A).

Dated:     New York, New York
            October 22, 2020

                                                        By: SAMUEL O. MADUEGBUNA (SM6084)
                                                           MADUEGBUNA COOPER LLP
                                                           Attorneys for Plaintiff-Appellant
                                                            FERLANDE MILORD-FRANCOIS
                                                            30 Wall Street, 8th Floor
                                                           New York, New York 10005
                                                           (212) 232-0155
                                                           sam.m@mcande.com

TO:    LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants
28 Liberty Street
New York, New York 10005
(212) 416-8177
cara.chomski@ag.ny.gov
maryam.jazini@ag.ny.gov

        Attention:    Cara B. Chomski, Esq.
                        Maryam Jazini Dorcheh, Esq.
                        Assistant Attorneys General

## DECLARATION OF SERVICE

I am the attorney for Plaintiff-Appellant Ferlande Milord-Francois.

I certify that on October 22, 2020, I caused the foregoing NOTICE OF APPEAL to be served on the following counsel of record by First Class Mail and via ECF to:

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants
28 Liberty Street
New York, New York 10005
(212) 416-8177
cara.chomski@ag.ny.gov
maryam.jazini@ag.ny.gov

Attention:   Cara B. Chomski, Esq.
             Maryam Jazini Dorcheh, Esq.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed:   New York, New York
            October 22, 2020

SAMUEL O. MADUEGBUNA