**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

FERLANDE MILFORD-FRANCOIS,

                Plaintiff,                                          19 **CIVIL** 00179 (LJL)

        -against-                                             **JUDGMENT**

THE NEW YORK STATE OFFICE OF THE
MEDICAID INSPECTOR GENERAL, DENNIS
ROSEN, JANINE DANIELS-RIVERA, and
JOHN and JANE DOE,

                Defendants.

------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 23, 2020, the Defendants' Motion for Summary Judgment at Dkt. No. 76 is GRANTED as to Plaintiff's claims under Title VII, Section 1983, and NYSHRL. The Court declines to exercise supplemental jurisdiction over Plaintiff's NYCHRL claims, and those are DISMISSED without prejudice.

**Dated:**  New York, New York
            October 28, 2020

                                                                 **RUBY J. KRAJICK**
                                                                    **Clerk of Court**
                                 **BY:**  _____
                                                                    **Deputy Clerk**