UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FERLANDE MILORD-FRANCOIS,

                      Plaintiff,                        **ORDER**

            -against-                         **19-cv-179 (LJL) (JW)**

THE NEW YORK STATE OFFICE OF THE
MEDICAID INSPECTOR GENERAL, *et al*.,

                      Defendants.
------------------------------------------------------------------X

**Jennifer E. Willis, United States Magistrate Judge:**

      The Court is no longer available on July 27, 2022. The Parties are instructed to contact Courtroom Deputy Christopher Davis via email at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in the first two weeks of August. Dates should be submitted by **July 8, 2022**. The conference will still be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

      SO ORDERED.

Dated:    July 5, 2022
              New York, New York

                                              */s/ Jennifer E. Willis*
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge