UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FERLANDE MILORD-FRANCOIS,

                     Plaintiff,                      **ORDER**

            -against-                        **19-cv-179 (LJL) (JW)**

THE NEW YORK STATE OFFICE OF THE
MEDICAID INSPECTOR GENERAL, *et al.*,

                     Defendants.
-----------------------------------------------------------------X

**Jennifer E. Willis, United States Magistrate Judge:**

      On August 9, 2022, Defendants filed a letter requesting that Dennis Rosen be permitted to participate in the settlement conference, scheduled for August 16, 2022, by telephone. Dkt. No. 138. The request is granted. Mr. Rosen is expected to be available by phone for the conference, but is not expected to attend in person. A dial-in number will be provided via email in advance of the conference.

      SO ORDERED.

Dated:     August 10, 2022
              New York, New York

                                                     */s/ Jennifer E. Willis*
                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge